IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:24-cv-00216-ACC-DCI

ERIC SANTIAGO,

    Plaintiff,

v.

AMERICAN SECURITY
INSURANCE COMPANY,

    Defendant.
_____/

# **MEDIATION REPORT**

In accord with the mediation order, the mediation occurred on **July 26, 2024**, via Zoom.

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

| | |
|---|---|
| √ | All individual parties and their respective trial counsel. |
| √ | Designated corporate representatives. |
| √ | Required claims professionals. |

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

**None.**

(c) The result of the mediation:

| | |
|---|---|
| √ | **The action completely settled**. Within ten days of the mediation, lead counsel must notify the court of the settlement by filing a notice or memorandum of agreement signed by the parties and the mediator.<br>Comments: |
| _____ | The action partially resolved. Within ten days of the mediation, lead counsel must file a joint stipulation resolving the settled claims. The following issues remain:<br>Comments: |
| _____ | The action neither settled nor failed to settle.<br>Comments: |
| _____ | The action failed to settle.<br>Comments: |

Respectfully submitted on **July 26, 2024**.

        */s/ Robert M. Daisley*
        Robert M. Daisley, Esq.
        Certified Federal Mediator
        ROBERT MICHAEL DAISLEY, P.A.
        4006 S. MacDill Avenue
        Tampa, FL 33611
        (813) 835-7722
        rob@daisleymediation.com

Cc: Counsel of Record (via CM/ECF)